IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| JUSTIN MACK MCKENNON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 1:21-cv-00050 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| JASON RUNNELS | ) | MAGISTRATE JUDGE HOLMES |
| | ) | |
| Defendant. | ) | |

### ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 61) recommending the motion for summary judgment filed by Defendant Jason Runnels (Doc. No. 40) be granted and this action dismissed.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service (Doc. No. 61 at 9). No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 61) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, Defendant Jason Runnels' Motion for Summary Judgment (Doc. No. 40) is **GRANTED** and this action is **DISMISSED**.

This Order shall constitute final judgment for purposes of Federal Rule of Civil Procedure 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE